IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| TERRANCE KEOKI CALLEN, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| vs. | ) | CIVIL ACTION NO. 09-0068-CG-C |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 06-00176-CG |
|  | ) |  |
| Respondent. | ) |  |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de</u> <u>novo</u> determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 3, 2013, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 25th day of April, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE