IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| TERRANCE KEOKI CALLEN, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 09-0068-CG-C |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 06-00176-CG |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the instant motion to vacate (Doc. 857) be summarily dismissed as time-barred pursuant to 28 U.S.C. § 2255(f)(1). Alternatively, Callen's motion is due to be summarily dismissed with prejudice due to his failure to comply with 28 U.S.C. § 2244(b)(3)(A). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 25th day of April, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE